IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRANDI FERRARINI, mother and Natural Guardian of E.F.P., a Minor,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLEVELAND METROPOLITAN SCHOOL DISTRICT ET AL.,<br><br>　　　　　　　　　　　Defendants. | CASE NO.   1:24-CV-1373<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br><br>**JOINT STATUS REPORT** |

1. While the parties have exchanged many records in an effort to facilitate early resolution, the parties have yet to engage in formal written discovery and have not yet scheduled any depositions.

2. Plaintiff provided an initial settlement demand on November 8, 2024. Based on the initial settlement demand and information available to date, Defendants have declined to make a settlement offer at this time.

3. The parties would be agreeable to mediation following limited depositions, including the depositions of Plaintiff, E.F.P, Principal Monell, Assistant Principal Crosby, and Defendant Black.

4. The parties do not anticipate any discovery issues or challenges at this time. The parties would, however, like to address parameters regarding the deposition of E.F.P.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |

| | |
|---|---|
| */s/ Paul V. Wolf*<br>paulvwolf@hotmail.com<br>700 W. St. Clair Avenue, Suite 400<br>Cleveland, OH 44113-1274<br>P: 216.241.0300<br>F: 216.241.2731<br><br>*Attorney for Plaintiff* | */s/ Diana M. Feitl*<br>Diana M. Feitl (0092152)<br>dfeitl@ralaw.com<br>Roetzel & Andress, LPA<br>1375 East Ninth Street<br>One Cleveland Center, 10th Floor<br>Cleveland, OH  44114<br>P: 216.623.0150<br>F: 216.623.0134<br><br>Stephanie Olivera Mittica (0095651)<br>smittica@ralaw.com<br>Roetzel & Andress, LPA<br>222 South Main Street<br>Akron, OH  44308<br>P: 330.376.2700<br>F: 330.376.4577<br><br>*Attorneys for Defendants* |